Melvin Clifton WEST, Appellant,

v.

The STATE of Texas, Appellee.

No. 34509.

Court of Criminal Appeals of Texas.

May 30, 1962.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is driving an automobile upon a public highway while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record contains no statement of facts.

The bills of exception forwarded to this Court are not incorporated in the transcript. They have been examined and the complaints therein are such as cannot be appraised without a statement of facts.

The judgment is affirmed.